IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 08-53983 |
| | ) | |
| **KIMBERLY VALENTI** | ) | Chapter 13 |
| | ) | |
| | ) | Judge Marilyn Shea-Stonum |
| Debtor | ) | |
| | ) | **MOTION** |
| | ) | **OF EXTENSION OF TIME** |
| | ) | **FOR FILING DOCUMENTS** |

Now comes Debtor, by and through counsel and moves the Court for an Order, pursuant to 11 U.S.C. §1107(2)(c) for an additional fifteen (15) day extension of time to file the required schedules and Plan in the above referenced Chapter 13 case.

Debtors' schedules are due November 14, 2008  Debtor requires additional time to provide attorney with necessary documents for with which to prepare the schedules.

11/14/2008

/s/ Kimberly Valenti
   Kimberly Valenti

Respectfully Submitted,

/s/ Donald P. Mitchell, Jr.
Donald P. Mitchell, Jr.   0016178
3766 Fishcreek Rd. Ste. 267
Stow, OH 44224
330-297-7788
bankruptcyfiles@wmconnect.com

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Motion was duly sent to the below parties via this Court's ECF (and by ordinary U.S. Mail where indicated) this 14th day of November:2008

   U.S. Trustee (via ECF)
   Chapter 13, Trustee, (via ECF)

/s/ Donald P. Mitchell, Jr.
Donald P. Mitchell, Jr.  (0016178)