IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE:  Chapter 13

KIMBERLY VALENTI  Case No. 08-53983

Judge Marilyn Shea-Stonum

**DEBTOR'S RESPONSE TO THE MOTION FOR RELIEF FROM STAY FILED BY FIRST MORTGAGE STRATEGIES**

Now comes Kimberly Valenti, by and through counsel and responds to the Motion for Relief from Stay filed herein by Mortgage Strategies Group, Inc., as follows:

Debtor disputes all allegations contained in the Complaint for want of information. Debtor questions the assignments of said mortgage.

Further responding, debtor states that First Mortgage Strategies Group does not hold a valid first lien mortgage and does not have standing for Motion for Relief.

06/15/2009

/s/ Kimberly Valenti
  Kimberly Valeni

Respectfully submitted,

/s/ Donald P. Mitchell, Jr.
Donald P. Mitchell Jr., #0016178
Attorney for Debtor
3766 Fishcreek Rd., #267
Stow, Ohio 44224
(330) 297-7788
bankruptcyfiles@wmconnect.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed by regular U.S. Mail, postage pre-paid, unless otherwise noted, this 15th day of June 2009 upon the following parties of interest:
Office of the US Trustee, (via ECF)
Robert S. Thomas, Chapter 7 Trustee, (via ECF)
Stacey A. O'Stafy, Esq., Manley Deas Kochalski, LLC (via ECF)
Summit Co. Fiscal Officer, 175 S. Main St., Akron, OH 44308 (by US Mail)
Huntington National Bank, 2361 Morse Rd., NC2W24m Columbus, OH 43229 (by US Mail)
Huntington National Bank, Legal Dept., 41 S. High St., Columbus, OH 43216 (by US Mail)

Huntington National Bank, c/o David W. Cliffe, Esq., 252 Vine St., Ste. 800, Columbus, OH 45202 (by US Mail)

        /s/ Donald P. Mitchell Jr.
        Donald P. Mitchell, Jr., #0016178